# United States District Court

## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | |
|---|---|
| CHARLES A. STALLINGS, SR., ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| MICHAEL J. ASTRUE, ) | **CASE NO. 5:11-CV-555-D** |
| *Commissioner of Social Security*, ) | |
|     Defendant. ) | |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Judgment on the Pleadings [D.E. 21] is DENIED, Defendant's Motion for Judgment on the Pleadings [D.E. 24] is GRANTED, and the Commissioner's final decision is AFFIRMED. The Clerk of Court will close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **NOVEMBER 7, 2012,** WITH A COPY TO:

Charlote Williams Hall (via CM/ECF electronic notification)
Robert K. Crowe (via CM/ECF electronic notification)

| | JULIE A. RICHARDS, Clerk |
|---|---|
| November 7, 2012 | |
| Date | Eastern District of North Carolina |
| | |
| | /s/Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |